# EXHIBIT B

