UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

ANDREAS VON DER AU

        Plaintiff,

v.

GENERATOR SOURCE LLC

        Defendant.

Case No.: 1:20-cv-196-RBJ

## **NOTICE OF SETTLEMENT**

The parties have a reached a settlement in principle. The parties will file a stipulation of dismissal within the next 30 days.

/s/Richard Liebowitz
Richard P. Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: June 7, 2020

*Attorneys for Plaintiff Andreas Von Der Au*