**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-00196-RBJ

ANDREAS VON DER AU,

    Plaintiff,

v.

GENERATOR SOURCE, LLC,

    Defendant.

---

**ENTRY OF APPEARANCE**

---

COMES NOW, Michael T. McConnell of the Law Firm McConnell Van Pelt, LLC, hereby enters his appearance on behalf of Richard P. Liebowitz.

Respectfully submitted this 9th day of June, 2020.

    /s/ Michal T. McConnell
    Michael T. McConnell
    McCONNELL VAN PELT, LLC
    4700 South Syracuse Street, Suite 200
    Denver, Colorado 80237
    Telephone No.: (303) 480-0400
    Facsimile No.: (303) 458-9520
    Email: mike@mvp-legal.com

    ATTORNEYS FOR RICHARD LIEBOWITZ

## CERTIFICATE OF SERVICE (CM/ECF)

      I HEREBY CERTIFY that on this 9th day of June, 2020, the foregoing **ENTRY OF APPEARANCE** was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to the following counsel of record:

| | |
|---|---|
| Richard Liebowitz<br>Liebowitz Law Firm, PLLC<br>11 Sunrise Plaza, Suite 305<br>Valley Stream, NY 11580<br>rl@liebowitzlawfirm.com<br>*Attorneys for Plaintiff* | L. Kathleen Chaney<br>Amber F. Ju<br>Lambdin & Chaney, LLP<br>4949 S. Syracuse Street, Suite 600<br>Denver, CO 80237<br>kchaney@lclaw.net<br>aju@lclaw.net<br>*Attorneys for Defendant* |

                              */s/ Lindsay Gonzales*
                              Lindsay Gonzales, Legal Assistant