UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

ANDREAS VON DER AU,

                      Plaintiff,

- against -

GENERATOR SOURCE LLC

                      Defendant.

Case No. 1:20-cv-196 (RBJ)

## **NOTICE OF ATTORNEY SANCTION**

In compliance with the order of Magistrate Judge N. Reid Neureiter, dated May 11, 2020 [Dkt. #51] (the "Sanctions Order") in the matter of *Mondragon v. Nosrak, LLC et al.*, 19-cv-1437 (CMA-NRN), I hereby attach a true and correct copy of the Sanctions Order as Exhibit A.

                      Respectfully submitted,

                      LIEBOWITZ LAW FIRM, PLLC

                      **/richardliebowitz/**
                      Richard Liebowitz, Esq.
                      11 Sunrise Plaza, Ste. 305
                      Valley Stream, NY 11580
                      (516) 233-1660
                      RL@LiebowitzLawFirm.com

                      *Counsel for Plaintiff*