**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Andreas Von Der Au,

               Plaintiff,

               -against-               Docket No: 1:20-cv-00196-RBJ

Generator Source LLC,

               Defendant.

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Andreas Von Der Au.

Dated: July 7, 2020

               **BARSHAY SANDERS, PLLC**

               By:   /s *Craig B. Sanders*
               Craig B. Sanders
               100 Garden City Plaza, Suite 500
               Garden City, New York 11530
               Tel. (516) 203-7600
               Email: *ConsumerRights@BarshaySanders.com*
               Our File No: 119577
               *Attorneys for Plaintiff*