IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00196-RBJ

ANDREAS VON DER AU,

    Plaintiff,

v.

GENERATOR SOURCE, LLC

    Defendant.

---

**STIPULATED MOTION TO DISMISS WITH PREJUDICE**

---

**IT IS HEREBY STIPULATED** by and between Andreas Von Der Au and Generator Source, LLC that all claims in this action be dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to pay its own costs and attorneys' fees.

**IT IS FURTHER STIPULATED** that upon presentment of the Stipulation properly signed by the parties' attorneys of record that the Court may enter an Order pursuant to the terms hereof.

Respectfully submitted this 8th day of July, 2020.

| | |
|---|---|
| LAMBDIN & CHANEY, LLP | BARSHAY SANDERS, PLLC |
| By: */s/ Amber F. Ju* | By: */s/ Craig B. Sanders* |
| L. Kathleen Chaney, Esq. | Craig B. Sanders, Esq. |
| Amber F. Ju, Esq. | 100 Garden City Plaza, 5th Floor |
| 4949 S. Syracuse Street, Suite 600 | Garden City, NY 11530 |
| Denver, Colorado 80237 | (516) 203-7600 |
| (303) 799-8889 | E-mail: CSanders@BarshaySanders.com |
| E-mail: aju@lclaw.net | *Attorney for Plaintiff* |
| *Attorney for Defendant* | |

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of July, 2020, a true and correct copy of the foregoing **STIPULATED MOTION TO DISMISS WITH PREJUDICE** was filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

Craig B. Sanders, Esq.: cSanders@BashaySanders.com

**-OR-**

I hereby certify that I have mailed or served the document or paper to the following via -**mail- hand-deliver-facsimile**:

Craig B. Sanders, Esq.
100 Garden City Plaza, 5th Floor
Garden City, NY 11530
*Attorney for Plaintiff*

*Printed copy with original signature on file at the office of Lambdin & Chaney, LLP*

s/ Amber F. Ju
Amber F. Ju, Esq.
LAMBDIN & CHANEY, LLP

2