IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00196-RBJ

ANDREAS VON DER AU,

    Plaintiff,

v.

GENERATOR SOURCE, LLC

    Defendant.

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**
**[ECF NO. 17]**

---

**IT IS HEREBY ORDERED** that all claims in this action be dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all matters in controversy being settled, each party to pay its own costs and attorneys' fees.

DATED this 9th day of July, 2020.

BY THE COURT:

*/s/ R. Brooke Jackson*

R. Brooke Jackson
District Court Judge

1